# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2025-3301
_____

PATRICK GARVEY,

    Petitioner,

v.

WORKFORCE BUSINESS
SERVICES, Inc., AMERICAN
ZURICH INSURANCE COMPANY,

    Respondents.

_____

Petition for Writ of Prohibition—Original Proceedings.


December 19, 2025


PER CURIAM.

    DISMISSED.

LEWIS, LONG, and TREADWELL, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Patrick Garvey, pro se, Petitioner.

William H. Rogner of HR Law, Orlando, for Respondents.